783 A.2d 763

**Lorenzo L. MIXON, Nathaniel Brown, Dolores Figueroa, Joseph Hill, Jeffrie S. McKinzie, William P. Alston and Maureen Williams, Appellants,**

v.

**COMMONWEALTH of Pennsylvania and Kim Hanna Pizzingrilli, Secretary of the Commonwealth, Appellees.**

Supreme Court of Pennsylvania.

Oct. 30, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 30th day of October, 2001, the order of the Commonwealth Court is AFFIRMED.